POLK v. N.C. FARM BUREAU MUT. INS. CO.

[328 N.C. 730 (1991)]

NORMAN L. POLK v. NORTH CAROLINA FARM BUREAU MUTUAL IN-
SURANCE COMPANY

No. 287PA90

(Filed 2 May 1991)

**Appeal and Error § 551 (NCI4th)— evenly divided Court—decision affirmed without precedential value**

Where one member of the Supreme Court did not participate in the consideration or decision of a case and the remaining six justices are equally divided, the decision of the superior court is left undisturbed and stands without precedential value.

**Am Jur 2d, Appeal and Error § 902.**

ON discretionary review pursuant to N.C.G.S. § 7A-31 prior to a determination by the Court of Appeals of summary judgment for plaintiff entered by *Grant, J.,* at the 21 May 1990 Session of Superior Court, EDGECOMBE County. Heard in the Supreme Court 13 November 1990.

*Connor, Bunn, Rogerson & Woodard, P.A., by James F. Rogerson, for plaintiff-appellee.*

*Poyner & Spruill, by George L. Simpson, III, for defendant-appellant.*

PER CURIAM.

Chief Justice Exum took no part in the consideration or decision of this case. The remaining members of this Court were equally divided with three members voting to affirm the decision of the Superior Court and three members voting to reverse. Therefore, the decision of the Superior Court is left undisturbed and stands without precedential value. *See State v. Johnson,* 286 N.C. 331, 210 S.E.2d 260 (1974).

Affirmed.